# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In Re:<br>SAMIR A. PATEL<br>                    DEBTOR<br><br>_____<br><br>JEANA K. REINBOLD, AS CHAPTER 7<br>TRUSTEE OF THE ESTATE OF SAMIR<br>A. PATEL<br><br>                    PLAINTIFF,<br><br>V.<br><br>GREASE LIGHTNING, A NEVADA<br>CORPORATION<br><br>                    DEFENDANT | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 13-81287<br>Chapter 7<br><br><br><br><br><br><br><br>Adversary No. 14- |

## COMPLAINT

Jeana K. Reinbold, as Chapter 7 Trustee of the Estate of Samir A. Patel ("Plaintiff"), for her Complaint against Grease Lightning, a Nevada corporation ("Defendant"), states as follows:

## COUNT I

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §§1334, 151 and 157. Venue is proper pursuant to 28 U.S.C. § 1409(a). This adversary proceeding arises under title 11. The above-entitled chapter 7 bankruptcy case is pending in the United States Bankruptcy Court, Central District of Illinois, Peoria Division. This proceeding seeks recovery under 11 U.S.C. §§ 547 and 550 (a)(1). This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(F).

2  Samir A. Patel ("Debtor") filed a Chapter 7 bankruptcy petition herein on June 26, 2013. Plaintiff is the duly appointed chapter 7 trustee in the above referenced chapter 7 case.

3. Defendant is a Nevada corporation with its principal executive office at 617 East Main Street, Batavia, NY 14020.

4. On or within 90 days before the date of the filing of the Chapter 7 petition, Debtor transferred $53,000.00 of his funds to Defendant for or on account of an antecedent debt(s) owed by the Debtor before such transfers were made.

5. Such transfers were made while the Debtor was insolvent, and such transfers enabled Defendant to receive more than Defendant would have received if such transfers had not been made and  Defendant received payment of such debt(s) to the extent provided by Chapter 7 of Title 11 of

the Bankruptcy Code.

WHEREFORE, Plaintiff prays that this Court:

a. avoid the said transfers of $53,000.00;

b. enter judgment in favor of Plaintiff and against Defendant for the sum of $53,000.00 plus court costs of $293.00 plus prejudgment interest; and

c. grant Plaintiff such other relief as is just and equitable.

## COUNT II

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §§1334, 151 and 157. Venue is proper pursuant to 28 U.S.C. § 1409(a). This adversary proceeding arises under title 11. The above-entitled chapter 7 bankruptcy case is pending in the United States Bankruptcy Court, Central District of Illinois, Peoria Division. This proceeding seeks recovery under 11 U.S.C. §§ 547 and 550 (a)(1). This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(F).

2. Samir A. Patel ("Debtor") filed a Chapter 7 bankruptcy petition herein on June 26, 2013. Plaintiff is the duly appointed chapter 7 trustee in the above referenced chapter 7 case.

3. Defendant is a Nevada corporation with its principal executive office at 617 East Main Street, Batavia, NY 14020 and was an insider of Debtor at the time of the transfers described below.

4. On or within one year before the date of the filing of the Chapter 7 petition, Debtor transferred $173,000.00 of his funds to Defendant for or on account of an antecedent debt(s) owed by the Debtor before such transfers were made.

5. Such transfers were made while the Debtor was insolvent, and such transfers enabled Defendant to receive more than Defendant would have received if such transfers had not been made and Defendant received payment of such debt(s) to the extent provided by Chapter 7 of Title 11 of the Bankruptcy Code.

WHEREFORE, Plaintiff prays that this Court:

a. avoid the said transfers of $173,000.00;

b. enter judgment in favor of Plaintiff and against Defendant for the sum of $173,000.00 plus court costs of $293.00 plus prejudgment interest; and

c. grant Plaintiff such other relief as is just and equitable.

JEANA K. REINBOLD, AS CHAPTER 7 TRUSTEE OF THE ESTATE OF SAMIR A. PATEL

By:/s/ Andrew W. Covey
   Her attorney

*Andrew W. Covey*
*Attorney for Plaintiff*
*416 Main Street  Ste. 700*
*Commerce Bank Building*
*Peoria, IL  61602*
*(309) 674-8125*
*#06183817*